UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | **TO BE FILED UNDER SEAL** |
| - against - | O R D E R |
| JAVIER AGUILAR, | 20-MJ-0526 (RLM) |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - X

Upon consideration of the motion filed by Assistant United States Attorney Mark E. Bini, for an Order to unseal the complaint and arrest warrant for the limited purposes of providing the complaint to the defendant and defense counsel in the Southern District of Texas and the Eastern District of New York,

IT IS ORDERED that the complaint and arrest warrant be unsealed for the limited purposes of providing the complaint to the defendant and his counsel. The complaint, arrest warrant and the case will otherwise remain under seal.

Dated:   Brooklyn, New York
         July 14, 2020

*James Orenstein*
Digitally signed by James Orenstein
Date: 2020.07.14 17:05:52 -04'00'

HONORABLE JAMES ORENSTEIN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK