UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

20-MJ-526

Case No. ~~XXXXXXX~~

United States
v.
Javier Aguilar
-------------------------------------------------

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO: Mark Bini
U.S. Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201
(718) 254-8761
mbini@usdoj.gov

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I, Robert P. Trout, will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of Trout Cacheris & Solomon, PLLC, and a member in good standing of the bar(s) of the State(s) of District of Columbia, Virginia, and Maryland, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Javier Aguilar. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: July 22, 2020

Respectfully submitted,

Robert P. Trout
Trout Cacheris & Solomon, PLLC
1627 Eye Street, NW, Suite 1130
Washington, DC 20006
Email rtrout@troutcacheris.com
Phone: 202-464-3311

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------

United States

                Plaintiff(s),

v.

Javier Aguilar

                Defendant(s).

-----------------------------------------------

20-M-526

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE*

I, Robert P. Trout, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of Trout Cacheris & Solomon PLLC
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of the District of Columbia, Virginia, and Maryland.
4. There are no pending disciplinary proceedings against me in any state or federal court True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: N/A
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 20-M-526 for Defendant Javier Aguilar.

Date July 22, 2020, DE

**NOTARIZED**

Signature of Movant
Firm Name Trout Cacheris & Solomon, PLLC
Address 1627 Eye Street, NW
Suite 1130
Washington, DC 20006
Email rtrout@troutcacheris.com
Phone 202-464-3311



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Robert Trout*

was duly qualified and admitted on June 11, 1975 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 20, 2020.

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.