UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | FILED UNDER SEAL |
| - against - | RESTRAINING ORDER |
| JAVIER AGUILAR, | Case. No. 20-M-526 |
| Defendant. | |

- - - - - - - - - - - X

Upon the bail application of JAVIER AGUILAR (the "Defendant"), the Defendant has pledged to secure his appearance bond with 50% of any and all assets, securities and currency held in the Vitol, Inc. 401(k) NetBenefits Plan Account Number Ending In 08492 Held In The Name of Javier Aguilar administered by Fidelity Investments (the "401(k) Account");

IT IS HEREBY ORDERED that:

1. Fidelity Investments shall not take any steps to alienate, transfer, dispose of, sell, assign, waste, pledge, hypothecate, encumber, dissipate, or remove from the jurisdiction of the Court any and all assets held within the 401(k) Account, other than payment of up to 50% of the Defendant's interest in the account to his spouse Nanette Van Gend in connection with matrimonial proceedings with his spouse.

2. Service of this Order may be made by facsimile and/or electronic mail, provided that a hard copy is thereafter served by regular mail, overnight mail or personal service.

3. This Order shall remain in effect and under seal until further order of the Court. except that the Order may be provided to Vitol, Inc., and Fidelity Investments,

4. Any person who or entity that violates or assists in the violation of this Order shall be subject to all appropriate penalties, including but not limited to, being held in contempt of court.

Dated: Brooklyn, New York
July ___, 2020

_____
HONORABLE VERA M. SCANLON
UNITED STATES MAGISTRATE JUDGE