**DOCKET NUMBER:**     <u>CR 20-CR-0390 (ENV)</u>

CRIMINAL CAUSE FOR ARRAIGNMENT

**Date Received by Docket Clerk:** _____    **Docket Clerk Initials:** _____

**BEFORE JUDGE:** <u>James Orenstein, USMJ</u>   **DATE:** <u>10/2/2020</u>   **TIME IN COURT** \_\_**HRS** <u>10</u> **MINS**

**DEFENDANT'S NAME:** <u>Javier Aguilar</u>   **DEFENDANT'S #:**   <u>001</u>

■ Present   ☐ Not Present   ☐ Custody   ■ Not Custody

**DEFENSE COUNSEL:** <u>Alexander B. Spiro, Richard Smith</u>

☐ Federal Defender   ☐ CJA   ■ Retained

**A.U.S.A.:** <u>Mark E. Bini, Andrey Spektor, et al.</u>   **PRETRIAL OFFICER:** _____

**CASE MANAGER OR MAGISTRATE CLERICAL:**   <u>Kelly Almonte</u>

**COURT REPORTER: OR ESR OPERATOR:** _____  **TAPE LOG:** <u>20cr0390.10.2.20</u>

| | | |
|---|---|---|
| ■ | Arraignment | ☐ Revocation of Probation non-contested |
| ☐ | Change of Plea Hearing (~*Util-Plea Entered*) | ☐ Revocation of Probation contested |
| ☐ | In Chambers Conference | ☐ Sentencing non-evidentiary |
| ☐ | Pre-Trial Conference | ☐ Sentencing Contested |
| ☐ | Initial Appearance | ☐ Revocation of Supervised Release evidentiary |
| ☐ | Status Conference | ☐ Revocation of Supervised Release non-evidentiary |
| ☐ | Telephone Conference | |
| ☐ | Other Hearing Contested: | |

**UTILITIES**

■ ~Util-Plea Entered   ☐ ~Util-Add terminate Attorneys   ☐ ~Util-Bond Set/Reset
☐ ~Util-Exparte Matter   ☐ ~Util-Indictment Un Sealed   ☐ ~Util-Information Unsealed
☐ ~Util-Set/Reset Deadlines   ■ ~Util-Set/Reset Deadlines/Hearings
☐ ~Util-Set/Rest Motion and R&R Deadlines/Hearings   ☐ ~Util-Terminate Motions
☐ ~Util-Terminate Parties
☐ ~Util-Set/Reset Hearings

**Speedy Trial Exclusion Start Date:** <u>N/A</u> **Speedy Trial Stop Date:** <u>N/A</u> **CODE TYPE:** <u>N/A</u>

**Do these minutes contain ruling(s) on motion(s)?** ■ YES   ☐ NO

**TEXT:** In addition to the Assistant United States Attorneys listed above, Justice Department Trial Attorneys Ann Brickley, Adam Schwartz, Clayton Solomon, and Jonathan Robell appeared for the government. The defendant pleaded not guilty to each count. The parties will appear before Judge Vitaliano for a status conference on October 9, 2020 at 11:00 a.m. The government orally moved to exclude time under the Speedy Trial Act from today until the next status conference, and the defendant objected. I denied the motion as set forth on the record.