

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MB/AS  
F. #2019R01465

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 12, 2020

<u>By ECF and Overnight Mail</u>
Alex Spiro, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010

      Re:    United States v. Javier Aguilar
                Criminal Docket No. 1:20-CR-00390 (ENV)

Dear Mr. Spiro:

      Enclosed please find the government's fourth production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This production supplements the government's earlier productions. The government also again requests reciprocal discovery from the defendant.

      Specifically, enclosed please find: the contents, other than potentially privileged material that was withheld by the producing party, of a fourth email account used by the defendant, BATES numbered JVA-EMAIL-0000516055 - JVA-EMAIL-0000519562. These emails were produced to the government by the defendant's employer, Vitol, Inc. Because the email account being produced is the defendant's work email account, in an abundance of caution, the government is producing a copy of the entire collection of data it received from Vitol, Inc.

      Please also note that, in connection with the government's third production of discovery dated on October 21, 2020, the government's production included search warrant returns for a third email account used by the defendant, bearing BATES numbers JVA-EMAIL-0000514740 - JVA-EMAIL-0000516054. The government's October 21, 2020 letter erroneously stated that the government's filter attorney had in her possession potentially privileged records from that email account. In fact, the government produced the entirety of that email account to you.

1

Please do not hesitate to contact me if you would like to discuss this correction.

Very truly yours,

SETH D. DuCHARME
Acting United States Attorney

By:   /s/ Mark E. Bini
Mark E. Bini
Andrey Spektor
Assistant U.S. Attorneys
(718) 254-7000

cc:    Clerk of the Court (ENV) (by ECF)
       Ann Brickley & Adam Schwartz, U.S. Department of Justice
       Derek Ettinger, Jonathan Robell & Clayton Solomon, U.S. Department of Justice

# Discovery Index: United States v. Javier Aguilar No. 1:20-CR-00390

| Discovery Letter 1 (Volume 1) - Thumb Drive 1 | | |
| --- | --- | --- |
| Description | Beg Bates | End Bates |
| Javier Aguilar post-arrest statement (302) | DOJ-ADD-0000000001 | DOJ-ADD-0000000006 |
| Javier Aguilar recordings | DOJ-AV-0000000001 | DOJ-AV-0000000033 |

| Discovery Letter 2 (Volumes 2-4) - Thumb Drives 2-4 | | |
| --- | --- | --- |
| Description | Beg Bates | End Bates |
| Grand Jury subpoena returns and WhatsApp chats | DOJ-JVA-0000000001 | DOJ-JVA-0000036773 |
| Google search warrant return for accounts: perezmarcos007@gmail.com and jaamex@gmail.com | JVA-EMAIL-0000000001 | JVA-EMAIL-0000514739 |
| Rule 902(11) certifications, 1A files and notes related to post-arrest statement FD-302 | DOJ-ADD-0000000007 | DOJ-ADD-0000000045 |

| Discovery Letter 3 (Volumes 5-6) - Thumb Drive 5 | | |
| --- | --- | --- |
| Description | Beg Bates | End Bates |
| Google SW return for account: sixtotomas007@gmail.com | JVA-EMAIL-0000514740 | JVA-EMAIL-0000516054 |
| Panama & Curacao MLAT Returns | DOJ-JVA-0000036774 | DOJ-JVA-0000047162 |

| Discovery Letter 4 (Volume 7) - Disc 1 | | |
| --- | --- | --- |
| Description | Beg Bates | End Bates |
| Aguilar custodial records for email account: jva@vitol.com | JVA-EMAIL-0000516055 | JVA-EMAIL-0000519562 |