

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| MB/AS | *271 Cadman Plaza East* |
| F. #2019R01465 | *Brooklyn, New York 11201* |

November 18, 2020

By ECF and Overnight Mail
Alex Spiro, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010

   Re: United States v. Javier Aguilar
      Criminal Docket No. 1:20-CR-00390 (ENV)

Dear Mr. Spiro:

  Enclosed please find the government's fifth production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This production supplements the government's earlier productions. The government also again requests reciprocal discovery from the defendant.

  Specifically, this production contains transactional materials and communications related to Trading Company. The BATES range is numbered DOJ-JVA-0000047163 - DOJ-JVA-0000075271. These returns were produced to the government by Trading Company.

          Very truly yours,

          SETH D. DuCHARME
          Acting United States Attorney

     By: /s/ Mark E. Bini
        Mark E. Bini
        Andrey Spektor
        Assistant U.S. Attorneys
        (718) 254-7000

cc: Clerk of the Court (ENV) (by ECF)
   Ann Brickley & Adam Schwartz, U.S. Department of Justice
   Derek Ettinger, Jonathan Robell & Clayton Solomon, U.S. Department of Justice