

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MEB/MSM
F. #2019R01465

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 16, 2021

By ECF

The Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     United States v. Javier Aguilar
        Criminal Docket No. 20-390 (ENV)

Dear Judge Vitaliano:

The government respectfully submits this letter to request an adjournment of the status conference in this matter currently scheduled for May 19, 2021 at 11:00 a.m. to a date convenient for the Court and the parties during the week of June 28, 2021, in order to allow the government to continue producing discovery to the defendant.  The government has consulted with the defendant's counsel.  The defendant's counsel indicates that due to Administrative Order No. 2021-04-2, the defendant has no objection to adjourning the May 19 status conference until the week of June 28, 2021.

The government also respectfully requests that the time between May 19, 2021 and the date of the rescheduled status conference be excluded from the computation of time under the Speedy Trial Act.  The government believes that the exclusion of time is appropriate for the reasons set forth in the government's letter of October 8, 2020 (ECF No. 19), including the safety concerns associated with the ongoing coronavirus pandemic, the complexity

of the case and the need to continue to provide discovery.  The defendant's counsel indicates that the defendant does not object to the exclusion of time under the Speedy Trial Act.

MARK J. LESKO
Acting United States Attorney

By:    /s/_____

Mark E. Bini
Mathew S. Miller
Assistant U.S. Attorneys
(718) 254-7000

cc:    Clerk of the Court (ENV) (by ECF)
Defense Counsel of Record (by ECF)
Ann Brickley, Adam Schwartz, Derek Ettinger, Jonathan Robell and Clayton Solomon, U.S. Department of Justice (without enclosures)