UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA

   - against -

JAVIER AGUILAR

             Defendant.

------------------------------X

No. 20-cr-390 (ENV)

# MOTION OF ALLISON L. MCGUIRE FOR LEAVE TO WITHDRAW AS COUNSEL TO DEFENDANT JAVIER AGUILAR

I, Allison L. McGuire, of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), hereby respectfully move this Court, under Local Criminal Rule 1.2 and Local Civil Rule 1.4, for an order granting me leave to withdraw as counsel to Defendant Javier Aguilar in the above-captioned case. I am departing Quinn Emanuel, and in my new role, I will no longer be participating in Mr. Aguilar's defense. Quinn Emanuel attorneys Alex Spiro, Tai Park, and George Phillips will continue to represent Mr. Aguilar in this case, which is still in discovery and for which no trial date has been set.

Copies of this motion were served on Mr. Aguilar by email and on all counsel of record through the Court's CM/ECF system.

Dated: December 29, 2021

By: */s/ Allison L. McGuire*
Allison L. McGuire

QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, DC 20005
(202) 538-8272
allisonmcguire@quinnemanuel.com

cc:    Defendant Javier Aguilar (via email)