

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JPL
F. #2019R01460

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 7, 2022

By ECF

The Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Javier Aguilar
               Criminal Docket No. 20-390 (ENV)

Dear Judge Vitaliano:

      In connection with the parties' January 5, 2022 letter concerning the recent surge in COVID cases (see ECF Dkt. No. 87), the government respectfully writes, having conferred with defense counsel, to propose new dates for the in-person suppression hearing in the above referenced matter. Specifically, the parties propose holding the hearing on Tuesday, March 1, 2022, or any day thereafter that week.

                             Respectfully submitted,

                             BREON PEACE
                             United States Attorney

                 By:          /s/
                        Jonathan P. Lax
                        Assistant U.S. Attorney
                        (718) 254-6139

Cc:    All Counsel of Record (by ECF)