

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JPL
F. #2019R01465

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 7, 2022

<u>By ECF</u>

The Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Javier Aguilar
            <u>Criminal Docket No. 20-390 (ENV)</u>

Dear Judge Vitaliano:

      The government writes in response to the defendant Javier Aguilar's March 7, 2022 letter to the Court (ECF Dkt. No. 92), concerning last week's hearing on the defendant's Motion to Suppress (the "Motion," ECF Dkt. No. 66).  Regarding the defendant's proposed briefing schedule, while the government defers to the Court both as to the format and schedule of the briefing, the government submits that it would be more efficient for the defendant to first file a post-hearing brief in support of his Motion, for the government to respond to the specific arguments made by the defendant, and for the defendant to have an opportunity thereafter to submit a reply to the government's response.  The government proposes a briefing schedule of 15 days for the initial brief, 15 days for the response, and 5 days for the reply.

      Additionally, while the government disagrees with a number of statements and characterizations in the defendant's letter, it will not address those disagreements here because

the defendant has already rested and those issues are otherwise not pertinent to resolution of the Motion.

          Respectfully submitted,

          BREON PEACE
          United States Attorney

By:          /s/
          Jonathan P. Lax
          Assistant U.S. Attorney
          (718) 254-6139

cc:    All Counsel of Record (by ECF)