# DEFENSE EXHIBIT K

| | |
|---|---|
| **From:** | Wood, Matthew L <Matthew.L.Wood@ice.dhs.gov> |
| **Sent:** | Monday, June 29, 2020 2:09 PM |
| **To:** | Kelley, James (CID) (FBI); Ettinger, Derek (CRM); Wood, Matthew (CRM) |
| **Cc:** | Brickley, Ann (CRM); Schwartz, Adam (CRM); Bini, Mark (USANYE); Spektor, Andrey (USANYE) |
| **Subject:** | RE: Aguilar |

Thanks Jimmy.

I'll read through the complaint today. I'm open all day Wednesday if you can talk then.

I look forward to helping out any way I can.

Matt
832-435-8253

---

**From:** Kelley, James (CID) (FBI) <jkelley@fbi.gov>
**Sent:** Monday, June 29, 2020 12:00 PM
**To:** Ettinger, Derek (CRM) <Derek.Ettinger@usdoj.gov>; Wood, Matthew L <Matthew.L.Wood@ice.dhs.gov>; Wood, Matthew (CRM) <Matthew.Wood2@usdoj.gov>
**Cc:** Brickley, Ann (CRM) <Ann.Brickley@usdoj.gov>; Schwartz, Adam (CRM) <Adam.Schwartz@usdoj.gov>; Bini, Mark (USANYE) <Mark.Bini@usdoj.gov>; Spektor, Andrey (USANYE) <Andrey.Spektor@usdoj.gov>
**Subject:** Re: Aguilar

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact ICE SOC SPAM with questions or concerns.

Matt -

I will put together a few things and get them out to you.

For now, if you want to review the complaint, take down any questions, and we can circle up mid-week to discuss?

Let me know what works best.

Best,
Jimmy

**GOVERNMENT EXHIBIT**
**DOJ-3500-MW-12**
U.S. v. Aguilar 20-390 (ENV)

**From:** Ettinger, Derek (CRM) <Derek.Ettinger@usdoj.gov>
**Sent:** Monday, June 29, 2020 12:15 PM
**To:** Wood, Matthew L <Matthew.L.Wood@ice.dhs.gov>; Wood, Matthew (CRM) <Matthew.Wood2@usdoj.gov>; Kelley,

1

James (CID) (FBI) <jkelley@fbi.gov>
**Cc:** Brickley, Ann (CRM) <Ann.Brickley@usdoj.gov>; Schwartz, Adam (CRM) <Adam.Schwartz@usdoj.gov>; Bini, Mark (USANYE) <Mark.Bini@usdoj.gov>; Spektor, Andrey (USANYE) <Andrey.Spektor@usdoj.gov>
**Subject:** Aguilar

Hi Matt and Jimmy,

Now that we have Rick's sign off, I thought it would make sense to start getting Matt up to speed.  Matt I think the draft complaint is a good place to start.  It's not approved yet, but I don't imagine the final version will be much changed.  Jimmy is in the best position to tell you what else makes sense to review.  I would think the 302s at a minimum and perhaps some of the recorded calls.

Thanks,
Derek

_____

Derek J. Ettinger
Trial Attorney, FCPA Unit
Criminal Division, Fraud Section
United States Department of Justice
1400 New York Avenue, N.W.
Washington, D.C.  20005
(202) 514-5545 (Direct)
(202) 262-8015 (Mobile)
(202) 616-3511 (Fax)