**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7364**

WRITER'S EMAIL ADDRESS
**alexspiro@quinnemanuel.com**

August 11, 2022

<u>VIA ECF</u>

Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   <u>*United States v. Javier Aguilar*, No. 20-cr-390 (ENV) (E.D.N.Y.)</u>

Dear Judge Vitaliano:

    We write as counsel for Defendant Javier Aguilar in the above-referenced case. On August 11, the Court scheduled an in-person status conference for August 26 at 11:00 a.m. As the Court will recall, Mr. Aguilar previously requested, and the Court approved, permission for him to travel to the District of Alaska from August 22–29. *See* ECF No. 105. So that he need not cancel his travel plans, Mr. Aguilar respectfully requests that the Court reschedule the status conference for the following week. The government does not object to this request and, having conferred, the parties are available on August 30 and August 31.

    In addition, Mr. Aguilar does not oppose the government's request for an exclusion of speedy-trial time between August 11 and the date of the status conference.

    We thank the Court for its attention to these issues.

Respectfully submitted,

*[signature]*

Alex Spiro
*Counsel for Defendant Javier Aguilar*

cc: Counsel of Record (via ECF)

**quinn emanuel urquhart & sullivan, llp**

ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH