**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7364

WRITER'S EMAIL ADDRESS
alexspiro@quinnemanuel.com

February 13, 2023

VIA ECF

Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Javier Aguilar*, No. 20-cr-390 (ENV) (E.D.N.Y.)

Dear Judge Vitaliano:

We write to request that the Court again modify, in part, Defendant Javier Aguilar's pretrial release travel restrictions.  *See* ECF Nos. 7, 35, 37.  Mr. Aguilar seeks the Court's permission to travel to the District of Nevada to attend events related to a friend's wedding from March 23 to 26, 2023.  As in the past, Mr. Aguilar would inform Pretrial Services of his precise travel plans in advance and would be subject to his usual electronic monitoring.

We have conferred with the U.S. Pretrial Services Offices for the Eastern District of New York and the Southern District of Texas, and neither objects to this request.  We also have conferred with counsel for the government, who indicated that the government has no objection, so long as Pretrial Services approved of the request.

We thank the Court for its attention to these issues.

Respectfully submitted,

*/s/ Alex Spiro*

Alex Spiro
*Counsel for Defendant Javier Aguilar*

cc:   Counsel of Record (via ECF)
      Officer Bianca Carter, U.S. Pretrial Services Office (E.D.N.Y.) (via email)
      Officer Ryan McLellan, U.S. Pretrial Services Office (S.D. Tex.) (via email)

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART