

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JPL/MRG
F. #2019R01460

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 18, 2023

By E-mail & ECF

Alex Spiro, Esq.
Daniel Koffman, Esq.
Michael T. Packard, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

Re:  United States v. Javier Aguilar
     Criminal Docket No. 20-390 (S-1) (ENV)

Dear Counsel:

Enclosed please find a list of exhibits that the government may use during its case-in-chief at trial. The government reserves the right to supplement these exhibits as needed prior to or during the trial.

Very truly yours,

BREON PEACE
United States Attorney

By:        /s/
   Jonathan P. Lax
   Matthew R. Galeotti
   Assistant U.S. Attorneys
   (718) 254-6139/6340

Enclosures

cc:  Counsel of Record (by ECF)
     Clerk of the Court (ENV) (by ECF) (without enclosures)
     Derek J. Ettinger, Clayton P. Solomon, D. Hunter Smith, U.S. Department of Justice