UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA

   - against -

JAVIER AGUILAR

              Defendant.

------------------------------X

No. 20 Cr. 390 (ENV)

**Served Via ECF On December 26, 2023**

## [*DEFENDANT'S PROPOSED*] VERDICT FORM

**Jurors, please indicate your unanimous verdicts with a check mark:**

### Count One
(Conspiracy to Violate the Foreign Corrupt Practices Act, only as to Ecuador)

_____                                _____
Not Guilty                                              Guilty

If you find the defendant guilty on Count One, then indicate below whether you find that the Eastern District of New York had venue over the conduct charged in Count One:

_____                                _____
Yes                                                        No

### Count Three
(Violating the Foreign Corrupt Practices Act, only as to Ecuador)

_____                                _____
Not Guilty                                              Guilty

## Count Five
(Conspiracy to Commit Money Laundering)

_____                                              _____
       Not Guilty                                                      Guilty

If you find the defendant guilty on Count Five, then indicate below the one or more objects and specified unlawful activities of the money laundering conspiracy charged in Count Five that you unanimously find the defendant conspired to commit:

Object #1:   International Transfer To Promote Specified Unlawful Activity

    A. Violation of the Foreign Corrupt Practices Act, only as to Ecuador

_____                                              _____
          Yes                                                            No

    B. Bribery of a public official in violation of Article 280 of the
       2014 Ecuadorian Penal Code

_____                                              _____
          Yes                                                            No

    C. Violation of the Foreign Corrupt Practices Act, only as to Mexico

_____                                              _____
          Yes                                                            No

    D. Bribery of a public official in violation of Article 222 of the
       Mexican Federal Criminal Code

_____                                              _____
          Yes                                                            No

2

Object #2:   Transportation Of Monetary Instruments Or Funds To Conceal Or Disguise Proceeds

    A.    Violation of the Foreign Corrupt Practices Act, only as to Ecuador

| Yes | No |
|---|---|

    B.    Bribery of a public official in violation of Article 280 of the 2014 Ecuadorian Penal Code

| Yes | No |
|---|---|

    C.    Violation of the Foreign Corrupt Practices Act, only as to Mexico

| Yes | No |
|---|---|

    D.    Bribery of a public official in violation of Article 222 of the Mexican Federal Criminal Code

| Yes | No |
|---|---|

If you find the defendant guilty on Count Five, then indicate below whether you find that the Eastern District of New York had venue over the conduct charged in Count Five:

| Yes | No |
|---|---|

**Please sign the form and notify the Marshal that you have reached a verdict.**

| Foreperson | Date |
|---|---|

3