UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JAVIER AGUILAR,

                       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

VERDICT SHEET [PROPOSED]

Docket No. 20-CR-390 (S-1) (ENV)

**AS TO COUNT ONE: Conspiracy to Violate the Foreign Corrupt Practices Act**

    GUILTY _____               NOT GUILTY _____

**AS TO COUNT TWO: Violation of the Foreign Corrupt Practices Act**

    GUILTY _____               NOT GUILTY _____

**AS TO COUNT THREE: Conspiracy to Commit Money Laundering**

    GUILTY _____               NOT GUILTY _____

Dated: Brooklyn, New York
        _____, 2024