UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____ x

IN THE MATTER OF AN APPLICATION

TO BRING PERSONAL ELECTRONIC DEVICE(S) OR
GENERAL PURPOSE COMPUTING DEVICE(S) INTO
THE COURTHOUSES OF THE
EASTERN DISTRICT OF NEW YORK FOR
USE IN A PROCEEDING OR TRIAL

_____ x

Upon submission of written application to this Court, it is hereby

ORDERED that the following individuals are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

United States v. Javier Aguilar, Case No. 1:20-cr-390 (ENV)

ORDERED that for the device(s) checked below EDNY Courtroom WI-FI access shall be provided.

The date(s) for which such authorization is provided is (are) December 28, 2023; January 2, 2024-February 29, 2024.

| Attorney | E-Mail | Device(s) | Courtroom | WIFI Granted |
|---|---|---|---|---|
| See Attachment A | | | | |
| | | | | |
| | | | | |

(Attach Extra Sheet If Needed)

The individuals identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the individual that he or she will comply in all respects with the restrictions and obligations set forth in by the proper authorities

SO ORDERED:

Dated: _____

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: 12/28/2023

/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge