DOCKET NUMBER: 20cr390 (ENV)                    Date: 1/8/2023

USA v. Javier Aguilar

CRIMINAL CAUSE FOR AND <u>JURY TRIAL</u> DAY  3

Date Received By Docket Clerk:_____          Docket Clerk Initials:_____

BEFORE JUDGE: ERIC N. VITALIANO          TIME IN COURT: 4 hours

<u>DEFENDANT</u>                                          <u>ATTORNEY</u>

Javier Aguilar                                       Daniel R. Koffmann

                                                     Michael Packard

                                                     William Price

                                                     William Weinreb

                                                     Neil Phillips


A.U.S.A.: Jonathan Lax, Clayton Solomon, Matthew Galeotti, Derek Ettinger, Hunter Smith


CASE MANAGER: William Villanueva


COURT REPORTER: Linda Danelczyk


STAND-BY SPANISH INTERPRETER: Rosa Olivera, Sean McCarthy


X       Witness called and exhibits entered by government