DOCKET NUMBER: 20cr390 (ENV)   Date: 1/9/2023

USA v. Javier Aguilar

CRIMINAL CAUSE FOR AND <u>JURY TRIAL</u> DAY 4

Date Received By Docket Clerk:_____   Docket Clerk Initials:_____

BEFORE JUDGE: ERIC N. VITALIANO   TIME IN COURT: 4 hours 30 minutes

<u>DEFENDANT</u>   <u>ATTORNEY</u>

Javier Aguilar   Daniel R. Koffmann

Michael Packard

William Price

William Weinreb

Neil Phillips

A.U.S.A.: Jonathan Lax, Clayton Solomon, Matthew Galeotti, Derek Ettinger, Hunter Smith

CASE MANAGER: William Villanueva

COURT REPORTER: Linda Danelczyk

STAND-BY SPANISH INTERPRETER: Jan Calloway

X   Witness called and exhibits entered by government

X   Cross examination by defense