DOCKET NUMBER: 20cr390 (ENV)          Date: 1/11/2023

USA v. Javier Aguilar

CRIMINAL CAUSE FOR AND <u>JURY TRIAL</u> DAY 6

Date Received By Docket Clerk:_____     Docket Clerk Initials:_____

BEFORE JUDGE: ERIC N. VITALIANO      TIME IN COURT: 6 hours

| <u>DEFENDANT</u> | <u>ATTORNEY</u> |
|---|---|
| Javier Aguilar | Daniel R. Koffmann |
| | Michael Packard |
| | William Price |
| | William Weinreb |
| | Neil Phillips |

A.U.S.A.: Jonathan Lax, Clayton Solomon, Matthew Galeotti, Derek Ettinger, Hunter Smith

CASE MANAGER: William Villanueva

COURT REPORTER: Linda Danelczyk

STAND-BY SPANISH INTERPRETER: Mario Michelena

X    Cross examination by defense