# EXHIBIT C
# (REDACTED

| | |
|---|---|
| **From:** | Alejandro Lopez <alopezlmx@gmail.com> |
| **Sent:** | Friday, November 15, 2019 7:52 PM |
| **To:** | sixto tomas |
| **Subject:** | Fwd: |
| **Attachments:** | JAVIER ACTUALIZADO.xlsx; Untitled attachment 00167.txt |

Saludos

>

JVA-EMAIL-0000515630
SIXTO-SW-0000000891

GOVERNMENT'S
EXHIBIT
1596
20-CR-390 (S-1) (ENV)