**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7617

WRITER'S EMAIL ADDRESS
danielkoffmann@quinnemanuel.com

January 30, 2024

<u>VIA ECF</u>

Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   <u>United States v. Javier Aguilar</u>, No. 20 Cr. 390 (ENV) (E.D.N.Y.)

Dear Judge Vitaliano:

     We write on behalf of Defendant Javier Aguilar to respectfully move the Court to enter an order permitting the individuals listed in <u>Attachment A</u> to bring their electronic devices into the courthouse and courtroom for use before, during, and after trial days to assist Mr. Aguilar with various issues that may arise during trial.  Mr. Aguilar also encloses a proposed order entering the relief requested.

     We thank the Court for its attention to these issues.

Respectfully submitted,

 /s/ Daniel R. Koffmann

Daniel R. Koffmann
*Counsel for Defendant Javier Aguilar*

cc:  Counsel of Record (via ECF)

Enclosures:  Attachment A and Proposed Order

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____ x

IN THE MATTER OF DEFENDANT'S SECOND APPLICATION

TO BRING PERSONAL ELECTRONIC DEVICE(S) OR
GENERAL PURPOSE COMPUTING DEVICE(S) INTO
THE COURTHOUSES OF THE
EASTERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL

_____ x

Upon submission of written application to this Court, it is hereby

ORDERED that the following individuals are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

*United States v. Javier Aguilar*, Case No. 20 Cr. 390 (ENV) (E.D.N.Y.).

ORDERED that for the device(s) checked below EDNY Courtroom WI-FI access shall be provided.

The date(s) for which such authorization is provided is (are) December 28, 2023; January 2, 2024-February 29, 2024.

| Attorney | E-Mail | Device(s) | Courtroom | WIFI Granted |
|---|---|---|---|---|
| See Attachment A | | | | |
| | | | | |
| | | | | |

(Attach Extra Sheet If Needed)

The individuals identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the individual that he or she will comply in all respects with the restrictions and obligations set forth in by the proper authorities

SO ORDERED:

Dated: _____

_____
United States Judge

**ATTACHMENT A TO DEFENDANT'S APPLICATION FOR**
**<u>PHONE AND ELECTRONIC DEVICE ORDER</u>**

The personnel listed below require the use of the devices listed below in connection with the ongoing trial in the case captioned *United States v. Javier Aguilar*, No. 20 Cr. 390 (ENV)

| Last, First (role) | Devices |
| --- | --- |
| Aguilar, Javier (defendant / client) | One laptop computer and one cellular phone |
| Koffmann, Daniel (counsel) | One laptop computer and one cellular phone |
| Packard, Michael (counsel) | One laptop computer and one cellular phone |
| Price, William (counsel) | One laptop computer and one cellular phone |
| Weinreb, William (counsel) | One laptop computer and one cellular phone |
| Phillips, Neil (counsel) | One laptop computer and one cellular phone |
| Phillips, George (counsel) | One laptop computer and one cellular phone |
| Acevedo, Jonathan (counsel) | One laptop computer and one cellular phone |
| Tahbaz, Joseph (counsel) | One laptop computer and one cellular phone |
| Molee, Nicole (counsel) | One laptop computer and one cellular phone |
| Lima, Natalia (counsel) | One laptop computer and one cellular phone |
| Zimmerman, Gary (counsel) | One laptop computer and one cellular phone |
| O'Leary, Maggie (counsel) | One laptop computer and one cellular phone |
| Trevino, Gabby (paralegal) | One laptop computer and one cellular phone |
| Mooneyham, Patricia (paralegal) | One laptop computer and one cellular phone |
| McLeod, Ray (graphics vendor) | Two laptop computers and one cellular phone |
| O'Neill, Leslie (graphics vendor) | One laptop computer and one cellular phone |