DOCKET NUMBER: 20cr390 (ENV)     Date: 2/1/2024

USA v. Javier Aguilar

CRIMINAL CAUSE FOR <u>JURY TRIAL</u> DAY 18

Date Received By Docket Clerk:_____     Docket Clerk Initials:_____

BEFORE JUDGE: ERIC N. VITALIANO     TIME IN COURT: 6.5 hours

| <u>DEFENDANT</u> | <u>ATTORNEY</u> |
|---|---|
| Javier Aguilar | Daniel R. Koffmann |
|  | Michael Packard |
|  | William Price |
|  | William Weinreb |
|  | Neil Phillips |

A.U.S.A.: Jonathan Lax, Clayton Solomon, Matthew Galeotti, Derek Ettinger, Hunter Smith

CASE MANAGER: William Villanueva

COURT REPORTER: Michele Lucchese

SPANISH INTERPRETER: Sonia Berah as stand-by and government's interpreters, Mercedes Avalos and Evan Frierson.

X     Direct and cross examination of government witness.