DOCKET NUMBER: 20cr390 (ENV)　　　　　　　　Date: 2/5/2024

USA v. Javier Aguilar

CRIMINAL CAUSE FOR <u>JURY TRIAL</u> DAY 19

Date Received By Docket Clerk:_____　　Docket Clerk Initials:_____

BEFORE JUDGE: ERIC N. VITALIANO　　　　TIME IN COURT: 6 hours

| <u>DEFENDANT</u> | <u>ATTORNEY</u> |
|---|---|
| Javier Aguilar | Daniel R. Koffmann |
| | Michael Packard |
| | William Price |
| | William Weinreb |
| | Neil Phillips |

A.U.S.A.: Jonathan Lax, Clayton Solomon, Matthew Galeotti, Derek Ettinger, Hunter Smith

CASE MANAGER: William Villanueva

COURT REPORTER: Charleane Heading

SPANISH INTERPRETER: Nicolas Penchaszadeh as stand-by and government's interpreters, Frances Hontoria and Walter Krochmal.

X　　Cross examination of government witness.

X　　Direct and cross of government witness, Matthew Wood.