UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
UNITED STATES OF AMERICA            :
                                    :
                                    :
                                    :     **VERDICT SHEET**
        -against-                   :
                                    :     1:20-cr-390 (ENV)
JAVIER AGUILAR,                     :
                                    :
                        Defendant.  :
------------------------------------------------------------ x

WE, THE JURORS, DULY DRAWN AND SWORN TO TRY THIS ACTION, IN ACCORDANCE WITH PRINCIPLES OF LAW AS CHARGED BY THE COURT, SAY WE FIND OUR VERDICT BY ANSWERING THE FOLLOWING QUESTIONS SUBMITTED BY THE COURT:

I. **COUNT ONE: CONSPIRACY TO VIOLATE THE FOREIGN CORRUPT PRACTICES ACT BRIBERY PROVISION**

**As to Count One of the Indictment, how do you find the defendant JAVIER AGUILAR?**

   **Guilty**\_\_\_\_\_            **Not Guilty**\_\_\_\_

**If you find the defendant guilty on Count One, indicate below the one or more objects of the conspiracy charged in Count One on which you all agree that the defendant conspired to commit. (Check all that apply.)**

   (a)   **Object 1: Violating the FCPA (Domestic Concern Prong)**

         **Yes**\_\_\_\_            **No**\_\_\_\_

   (b)   **Object 2: Violating the FCPA (Territorial Prong)**

         **Yes**\_\_\_\_            **No**\_\_\_\_

## II.     COUNT TWO: VIOLATION FOR THE FOREIGN CORRUPT PRACTICES ACT BRIBERY PROVISION

**As to Count Two of the Indictment, how do you find the defendant JAVIER AGUILAR?**

      **Guilty____**                    **Not Guilty____**

## III.     COUNT THREE: CONSPIRACY TO COMMIT MONEY LAUNDERING

**As to Count Three of the Indictment, how do you find the defendant JAVIER AGUILAR?**

      **Guilty____**                      **Not Guilty____**

**If you find the defendant guilty on Count Three, indicate below the one or more objects of the conspiracy charged in Count Three on which you all agree that the defendant conspired to commit.  (Check ALL that apply.)**

    **(a)**    **Object 1: International Transfer To Promote Specified Unlawful Activity**

        **Yes____**                    **No____**

    **(b)**    **Object 2: Transportation of Monetary Instruments or Funds To Conceal or Disguise Proceeds of Specified Unlawful Activity**

        **Yes____**                    **No____**

_____                _____
**FOREPERSON'S SIGNATURE**                            **DATE**

**Please advise the Court by separate note that you have reached a verdict.**