DOCKET NUMBER: 20cr390 (ENV)　　　　　　　　　　Date: 2/22/2024

USA v. Javier Aguilar

# CRIMINAL CAUSE FOR JURY TRIAL DAY 26

Date Received By Docket Clerk:_____　　　Docket Clerk Initials:_____

BEFORE JUDGE: ERIC N. VITALIANO　　　　　　　TIME IN COURT: 7 hours

| DEFENDANT | ATTORNEY |
|---|---|
| Javier Aguilar | Daniel R. Koffmann |
| | Michael Packard |
| | William Price |
| | William Weinrab |

A.U.S.A.: Jonathan Lax, Clayton Solomon, Matthew Galeotti, Derek Ettinger, Hunter Smith

CASE MANAGER: William Villanueva

COURT REPORTER: Michele Lucchese

STAND-BY SPANISH INTERPRETER: Jan Calloway

X　　CONTINUED CLOSING STATEMENTS BY DEFENSE.

X　　REBUTTAL BY GOVERNMENT

X　　JURY CHARGED