UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------ X

UNITED STATES OF AMERICA,

    -against-

JAVIER AGUILAR,
             Defendant.
------------------------ X

S1 1:20-cr-00390-ENV

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that Patrick J. Smith of Clark Smith Villazor LLP, with offices located at 250 West 55th Street, Floor 30, New York, NY 10019, hereby appears on behalf of Defendant Javier Aguilar.

    I certify that I am admitted to practice in the Eastern District of New York.

Respectfully submitted,

Dated: March 13, 2024

By: */s/ Patrick J. Smith*
Patrick J. Smith
Clark Smith Villazor LLP
250 West 55th Street, Floor 30
New York, New York 10019
Tel: (212) 377-0850
patrick.smith@csvllp.com

*Counsel to Defendant Javier Aguilar*