**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAVIER AGUILAR,<br><br>Defendant. | S1 20 Cr. 390 (ENV) |

### DEFENDANT JAVIER AGUILAR'S POST-TRIAL MOTIONS FOR JUDGMENTS OF ACQUITTAL OR A NEW TRIAL

Defendant Javier Aguilar respectfully moves the Court under Rules 29 and 33 of the Federal Rules of Criminal Procedure for orders granting judgments of acquittal or a new trial on the following grounds set forth in the attached memorandum of law, which memorialize and supplement the post-trial motions that Mr. Aguilar lodged on the record after the jury rendered its verdict, *see* Trial Tr. 3917:5–21; *see also* Min. Order (Feb. 27, 2024) (entering briefing schedule on post-trial motions).

CLARK SMITH VILLAZOR LLP

*/s/ Rodney C. Villazor*
Rodney C. Villazor
Michelle E. Lee
666 Third Avenue, 21st Floor
New York, New York 10017
(212) 377-0850 (Telephone)
(212) 377-0868 (Facsimile)
rodney.villazor@csvllp.com
michelle.lee@csvllp.com

*Attorneys for Defendant Javier Aguilar*