**E K L J N** | ELLIOTT KWOK LEVINE JAROSLAW NEILS LLP

One Grand Central Place
60 East 42nd Street, Suite 1570
New York, NY 10165
tel: +1 (212) 321-0510

www.ekljnlaw.com

Ilene Jaroslaw
ijaroslaw@ekljnlaw.com
Direct: +1 (646) 777-4514

July 31, 2024

*Via ECF*

The Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Javier Aguilar*, 20 Cr. 390 (ENV)

Dear Judge Vitaliano:

We write on Mr. Aguilar's behalf to respectfully request a modification of his curfew in the above-captioned case for Saturday night, September 7.

Mr. Aguilar's curfew is currently set from 5:00 A.M. to 9:00 P.M. Mr. Aguilar respectfully asks to have his curfew extended to midnight on September 7 so he can attend a sporting event in Houston, Texas.

We have conferred with the government, which has no objection to this request. The Pretrial Services Officer assigned to monitor Mr. Aguilar in Houston has no objection as well.

Respectfully submitted,

ELLIOTT KWOK LEVINE JAROSLAW NEILS LLP

By: Ilene Jaroslaw

cc: All counsel
    *Via ECF*