**ELLIOTT KWOK LEVINE JAROSLAW NEILS** LLP

565 Fifth Avenue, 7th Floor
New York, NY 10017
tel: +1 (212) 321-0510

www.ekljnlaw.com

Ilene Jaroslaw
ijaroslaw@ekljnlaw.com
Direct: +1 (646) 777-4514

September 25, 2024

*Via ECF*

The Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*United States. v. Javier Aguilar, 20 Cr. 390 (ENV)*

Dear Judge Vitaliano:

We write respectfully on Mr. Aguilar's behalf to request a modification of his curfew in the above-captioned case. Mr. Aguilar's curfew is currently set from 5:00 a.m. to 9:00 p.m.

Mr. Aguilar respectfully requests that his curfew be extended on Saturday evening, October 19 to allow him to take his twin daughters to a Houston Orchestra young people's concert performance that evening. He and the children would return home by midnight. Mr. Aguilar also asks the Court's permission to allow him to take his daughters to New Orleans for the weekend of October 25 to 27 to celebrate their birthday. He assures the Court that he would return home by midnight on Sunday, October 27.

We have conferred with counsel for the government, who has no objection to this request. The Pretrial Services Officer assigned to monitor Mr. Aguilar in Houston does not object provided that the Court approves the request.

Respectfully submitted,

ELLIOTT KWOK LEVINE & JAROSLAW LLP

By: Ilene Jaroslaw

cc: All counsel
   *Via ECF*