

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FR:LDM
F. #2019R01460

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 11, 2025

<u>By ECF</u>
The Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>United States v. Javier Aguilar</u>
     <u>Criminal Docket Nos. 20-390 (S-1) and 24-304 (ENV)</u>

Dear Judge Vitaliano:

   The government respectfully submits for the Court's approval the enclosed proposed Order of Forfeiture (the "Order"), which provides for the entry of a forfeiture money judgment (the "Forfeiture Judgment") in the amount of $7,129,938.00. As set forth in the Order, the defendant, Javier Aguilar, consented to the entry of the Forfeiture Judgment based upon his conviction on Count Three of the Superseding Indictment in 20-CR-390 (S-1). The government respectfully requests that the Court enter the enclosed Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

   Thank you for Your Honor's consideration of this submission.

              Respectfully submitted,

              JOSEPH NOCELLA, JR.
              United States Attorney

          By: <u>/s/  Laura D. Mantell</u>
             Laura D. Mantell
             Assistant U.S. Attorney
             (718) 254-6253

Encl.: Order of Forfeiture
cc:  Counsel of Record (by ECF)