Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Celia Cohen
Tel: 646.346.8002
Fax: 212.223.1942
cohenc@ballardspahr.com

July 8, 2026

*Via E-mail*

Honorable Eric N. Vitaliano
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Javier Aguilar*, 20-cr-390 (ENV) (E.D.N.Y. 2020), 24-cr-304 (ENV) (E.D.N.Y. 2024), 23-cr-335 (S.D. Tex. 2023)

Dear Judge Vitaliano:

We represent Javier Aguilar in the above-reference matter. We write to respectfully request a brief modification of his bond conditions to permit him to travel to San Bernardino, California with his daughters from July 17 through July 19, 2026. We have spoken to the government, with U.S. Probation Officer Christian Noe from the Southern District of Texas who is currently monitoring him, and with U.S. Pretrial Services Officer, Jada Gross, in the Eastern Distrct of New York, and there are no objections to Mr. Aguilar traveling that weekend.

Accordingly, we respectfully request that the Court grant our request for a brief modification of Mr. Aguilar's bond conditions to permit him to travel to San Bernardino with his daughters, departing on July 17 and returning on July 19.

Very truly yours,

Celia Cohen

CC:cc