Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Celia A. Cohen
Tel: 646.346.8039
Fax: 212.223.1942
peercem@ballardspahr.com

July 31, 2026

*Via E-mail*

Honorable Eric N. Vitaliano
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Javier Aguilar*, 20-cr-390 (ENV)

Dear Judge Vitaliano:

We represent Javier Aguilar in the above-referenced matter. We write in response to the Court's June 3, 2026 Order to advise the Court that we have no objection to any of the special conditions of probation/supervised release recommended by Probation.

Respectfully Submitted,

Celia A. Cohen

Celia A. Cohen