# EXHIBIT A

Tinsel Group S.A.
R.C.S. Luxembourg B 121 180

31, Rue de Hollerich
L - 1741 Luxembourg

**STRICTLY CONFIDENTIAL MEMORANDUM**

To: Javier Aguilar

Email: jaamex@mailfence.com

From: Shareholding Management

Date: 4 July 2024

**Sale of Tinsel Group S.A. Shares**

Dear Javier,

The Board of Directors of Tinsel Group S.A. hereby offers to repurchase the following shares of the class F141 at the unit price of USD 114,553.89.

This offer shall remain in effect and should be accepted by no later than **Monday 8 July 2024**.

The details of the eligible F141 shares are as follows:

| Nr of shares | Description | Unit purchase price | Total purchase price |
|---|---|---|---|
| | | USD | USD |
| 16 | F141 shares | 114,553.89 | 1,832,862.22 |

Should you wish to accept this offer, please:

i) confirm your agreement return e-mail to **shareholdingmanagement@vitol.com**;

ii) confirm or provide us with your complete USD bank account details using the second page of the current document; **and**

iii) affirm your permanent address disclosed below:

**204 E. Cowan Drive, TX 77007 Houston, United States**

by no later than **Monday 8 July 2024 end-of-day CET**.

If you accept this offer, the related Sale & Purchase of Shares Agreement will be emailed to you for signature in the week of 8 July 2024.

Subject to your timely satisfaction of the requirements listed above, we anticipate paying the purchase price to you on or about **Thursday 25 July 2024**.

We draw your attention to the fact that any repurchase is considered as a tax event and that Tinsel Group S.A. does not give tax advice. Consequently, the shareholders should seek advice from their tax advisors.

Thank you and best regards,

Shareholding Management

Tinsel Group S.A.
R.C.S. Luxembourg B 121 180

31, Rue de Hollerich
L - 1741 Luxembourg

**Schedule 1 – Bank details**

Confirm the below disclosed bank details which will be used to proceed with your payment

| | |
|---|---|
| **Beneficiary Name** | **Charles Schwab & Co** |
| **Bank name** | **Citibank NA** |
| **Account number** | **4060XXXX5** |

Or otherwise, please complete your new bank details:

**USD Bank account details**

| | |
|---|---|
| **Shareholder's Full Name:** | |
| | |
| **Bank Name:** | |
| **Bank address:** | |
| **Account Holder's Name(*):** | |
| **Account Number/IBAN:** | |
| **Sort Code or SWIFT Code:** | |
| **FFC(*) *if applicable*:** | |
| **Intermediary Bank** | |
| **Name:** | |
| **Intermediary SWIFT** | |

(*): Account Holder's Name or FFC shall correspond to Shareholder's Full Name.